GRANT L. KIM (SBN 114989)
Grant.Kim@LimNexus.com
LIMNEXUS LLP
220 Montgomery Street, Suite 1411
San Francisco, CA 94104
Tel.: (415) 619-3320 Fax: (213) 955-9511

ALEXANDER SU (SBN 297869)
Alexander.Su@LimNexus.com
LIMNEXUS LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500 | Fax: (213) 955-9511

Attorneys for Applicants
HRC-Hainan Holding Company, LLC, D&W Holding
Company, LLC, and Hainan HRC Hospital Management
and Consulting Co., Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Application of<br><br>HRC-HAINAN HOLDING COMPANY, LLC, D&W HOLDING COMPANY, LLC, and HAINAN HRC HOSPITAL MANAGEMENT AND CONSULTING CO., LTD.<br><br>    Applicants,<br><br>For Order Authorizing Discovery For Use In Foreign Proceedings Under 28 U.S.C. § 1782<br><br>YIHAN HU, HU-HANONE LLC, HU-HANTWO LLC, HU-HANTHREE LLC, BO HU, AND XIAOHONG HAN,<br><br>    Respondents | Case No.: 3:19-MC-80277-TSH<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR APPLICANTS TO FILE REPLY REGARDING ORDER TO SHOW CAUSE** |

**Stipulation and Order Extending Date for Reply re OSC**      Case No. 3:10-MC-80277-TSH

Applicants HRC-Hainan Holding Company, LLC, D&W Holding Company, LLC, and Hainan HRC Hospital Management and Consulting Co., Ltd. (collectively, "Applicants") and Respondents Yihan Hu, Hu-Hanone LLC, Hu-Hantwo LLC, and Hu-Hanthree LLC (collectively, "Respondents") hereby stipulate as follows, by and through their counsel of record:

1. Applicants and Respondents (collectively, "the Parties") stipulate, subject to the Court's approval, to extend the deadline for Applicants to submit a reply to Respondents' April 7, 2020, response to the Court's April 2, 2020 Order to Show Cause from April 10 until April 13, 2020. The reason for this extension is that the parties have made progress on meet-and-confer discussions that may make it unnecessary for Applicants to submit a further brief.

2. The Parties jointly request that the Court defer a ruling on the Order to Show Cause until after Applicants submit their comments to the Court.

**SO STIPULATED.**

Grant L. Kim, counsel for Applicants whose ECF credentials are being used to file this Stipulation, hereby certifies that Katie Burghardt Kramer, counsel for Respondents, has approved this Stipulation and has consented to its filing with her signature.

Dated: April 9, 2020      **LIMNEXUS LLP**


By /s/ Grant L.Kim
Grant L. Kim
Attorneys for Applicants HRC-Hainan Holding Company, LLC, D&W Holding Company, LLC, and Hainan HRC Hospital Management and Consulting Co., Ltd.

Dated: April 9, 2020      **DAI & ASSOCIATES, P.C.**


By /s/ Katie Burghardt Kramer
Katie Burghardt Kramer (pro hac vice)
Attorneys for Respondents Yihan Hu, Hu-Hanone LLC, Hu-Hantwo LLC, Hu-Hanthree LLC, Bo Hu, and Xiaohong Han

1

Stipulation and Order Extending Date for Reply re OSC      Case No. 3:10-MC-80277-TSH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April _9, 2020

_____
United States Magistrate Judge
Thomas S. Hixson