GRANT L. KIM (SBN 114989)
Grant.Kim@LimNexus.com
LIMNEXUS LLP
220 Montgomery Street, Suite 1411
San Francisco, CA 94104
Tel.: (415) 619-3320 Fax: (213) 955-9511

Attorneys for Applicants
HRC-Hainan Holding Company, LLC, D&W Holding Company, LLC, and Hainan HRC Hospital Management and Consulting Co., Ltd.

**GRANTED**
Judge Thomas S. Hixson

Court orders the case dismissed with prejudice with both sides to bare their own costs and fees. The Clerk shall terminate this action.
Dated: 6/30/2022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Application of<br><br>HRC-HAINAN HOLDING COMPANY, LLC, D&W HOLDING COMPANY, LLC, and HAINAN HRC HOSPITAL MANAGEMENT AND CONSULTING CO., LTD.<br><br>    Applicants,<br><br>For Order Authorizing Discovery For Use In Foreign Proceedings Under 28 U.S.C. § 1782<br><br>YIHAN HU, HU-HANONE LLC, HU-HANTWO LLC, HU-HANTHREE LLC, BO HU, AND XIAOHONG HAN,<br><br>    Respondents | Case No.: 3:19-MC-80277-TSH<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE** |

**STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**
1

Applicants HRC-Hainan Holding Company, LLC, D&W Holding Company, LLC, and Hainan HRC Hospital Management and Consulting Co., Ltd. (collectively, "Applicants") and Respondents Yihan Hu, Hu-Hanone LLC, Hu-Hantwo LLC, Hu-Hanthree LLC, Bo Hu, and Xiaohong Han (collectively, "Respondents") hereby stipulate as follows, by and through their counsel of record:

1. The parties to the underlying foreign dispute, for which the Section 1782 discovery was ostensibly to be used, have reached a global resolution of their disputes.

2. Accordingly, there is no pending or reasonably contemplated action in which any further discovery sought in this matter could be used.

3. The Parties herein have voluntarily dismissed the pending Ninth Circuit appeal, which was granted by the Ninth Circuit on June 24, 2022, thus returning jurisdiction to this Court.

4. Therefore, the Parties herein stipulate to the voluntary dismissal with prejudice of this action, with both sides to bear their own costs and fees.

**WHEREFORE,** the Parties request that the Court issue an order dismissing this action with prejudice, with both sides to bear their own costs and fees.

/
//
//

STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE
2

SO STIPULATED.

Grant L. Kim, counsel for Applicants whose ECF credentials are being used to file this Stipulation, hereby certifies that Katie Burghardt Kramer, counsel for Respondents, has approved this Stipulation and has consented to its filing with her signature.

.

Dated: June 30, 2022                                    **LIMNEXUS LLP**


                                                        By /s/ Grant L.Kim
                                                           Grant L. Kim
                                                           Attorneys for Applicants HRC-Hainan Holding
                                                           Company, LLC, D&W Holding Company, LLC,
                                                           and Hainan HRC Hospital Management and
                                                           Consulting Co., Ltd.


Dated: June 30, 2022                                    **DGW KRAMER LLP**


                                                        By /s/ Katie Burghardt Kramer
                                                           Katie Burghardt Kramer (pro hac vice)
                                                           Attorneys for Respondents Yihan Hu, Hu-Hanone
                                                           LLC, Hu-Hantwo LLC, Hu-Hanthree LLC, Bo Hu,
                                                           and Xiaohong Han

**STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**
3